| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 10/14/09 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:15 pm. |
| | | END TIME: | 2:30 p.m. |

DOCKET NO.     CV-08-1533                                             JUDGE:     RJD

CASE NAME:     Dent v. United States Tennis Association

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:     Telephone Status

APPEARANCES:     Plaintiff     Andrew Goodstadt

                               Defendant     Kenneth Standard, Lauren Malanga

SCHEDULING AND RULINGS:

1. Document discovery has been completed and the parties will begin depositions in November with the goal of completing all depositions by the date of the next conference, although commitments in other cases and the holidays constrict the days available for scheduling depositions.

2. The next conference will be held by telephone on **January 14, 2010 at 2:00 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400).