EPSTEIN BECKER & GREEN, P.C.
Kenneth G. Standard
Lauren Malanga Casey
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------- x
MARVIN DENT,                                      : ECF Case CV 08-1533
                                                  :
                          Plaintiff,              :
                                                  :
            - against -                           : **DEFENDANTS' NOTICE**
                                                  : **OF MOTION FOR**
UNITED STATES TENNIS ASSOCIATION,                 : **SUMMARY JUDGMENT**
INCORPORATED, USTA NATIONAL TENNIS                :
CENTER INC., and DANIEL ZAUSNER, in his           :
individual and official capacities,               :
                                                  :
                          Defendants.             :
------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the Declaration of Lauren Malanga Casey and the exhibits annexed thereto, the Affidavit of Daniel Zausner, and the Statement of Material Facts Not in Dispute Pursuant to Local Rule 56.1, Defendants United States Tennis Association, Incorporated, USTA National Tennis Center Inc. and Daniel Zausner, will move this Court before the Honorable Raymond J. Dearie, United States District Judge, at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time to be designated by the Court, for an Order, pursuant to Fed. R. Civ. P 56, granting summary judgment in Defendants' favor on the ground that there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law, and granting

NY:4294669v1

Defendants such other relief as this Court deems just and proper.

Dated: New York, New York
       June 7, 2010

                                    EPSTEIN BECKER & GREEN, P.C.

                                    By: _____
                                          Kenneth G. Standard
                                          Lauren Malanga Casey
                                    250 Park Avenue
                                    New York, New York 10177-1211
                                    (212) 351-4500
                                    Attorneys for Defendants

To:   Andrew S. Goodstadt, Esq.
       THOMPSON WIGDOR & GILLY LLP
       85 Fifth Avenue
       New York, NY 10003