UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MARVIN DENT,

                Plaintiffs,

        – against –

UNITED STATES TENNIS ASSOCIATION, INCORPORATED, USTA NATIONAL TENNIS CENTER INC. and DANIEL ZAUSNER, in his individual and official capacities,

                Defendants.
----------------------------------------X

08-CV-1533 (RJD)

**SATISFACTION OF JUDGMENT**

      **WHEREAS**, on July 26, 2011, a Judgment for Costs (the "Judgment") was entered in favor of defendants United States Tennis Association, Incorporated, USTA National Tennis Center Inc. and Daniel Zausner, in his individual and official capacities, against plaintiff in the amount of $3,213.56 in the above entitled action, and the Judgment has been fully satisfied by the Plaintiff.

      **NOW, THEREFORE,** satisfaction of the Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket of the Judgment.

Dated:    New York, New York
            May 23, 2012

EPSTEIN BECKER & GREEN, P.C.

By:    s/Kenneth G. Standard
        Kenneth G. Standard
        kstandard@ebglaw.com
        250 Park Avenue
        New York, New York 10177
        (212) 351-4670
        Attorneys for Defendants

FIRM:18628411v1